STEPHEN T. DE LAMATER, Respondent, *v.* THE FONDA, JOHNSTOWN & GLOVERSVILLE RAILROAD COMPANY, Appellant.

(Argued September 21, 1877; decided October 2, 1877.)

*A. D. L. Baker*, for appellant.

*Amasa J. Parker*, for respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.

---

FRANCIS STOUT, Respondent, *v.* GILBERT WOODWARD et al., Appellants.

(Argued September 24, 1877; decided October 2, 1877.)

MEM. of decision below, 5 Hun, 340.

*J. McGuire*, for appellants.

*E. Countryman*, for respondent.

Agree to affirm.　No opinion.
All concur, except FOLGER, J., absent.
Judgment affirmed.